IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN, MILWAUKEE DIVISION

ROBERT LEE STINSON,                      )
                                         )
       Plaintiff                     )
                                         )
   vs.                                   )
                                         )
THE CITY OF MILWAUKEE, THOMAS            )
JACKELEN, JAMES GAUGER, and other        )
AS-OF-YET UNKNOWN EMPLOYEES OF THE       )
CITY OF MILWAUKEE,                       )
       Defendants.                   )   JURY TRIAL DEMANDED

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Robert Lee Stinson, Plaintiff, furnishes the following list in compliance with General L.R. 83.9:

1. The full name of every part or amicus the attorney represents in this case: Robert Lee Stinson
2. If such party or amicus is a corporation: No
   - i.  Its parent corporation: N/A
   - ii. A list of corporate stockholders: N/A
3. The names of all law firm whose partners or associates appear for a party or are expected to appear for the party in this court:
   Loevy & Loevy
   312 N. May St.
   Ste. 100
   Chicago, IL 60607


/s/Gayle Horn      10/30/2009
Gayle Horn         Date