IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN, MILWAUKEE DIVISION

| | |
|---|---|
| ROBERT LEE STINSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| THE CITY OF MILWAUKEE, THOMAS ) | |
| JACKELEN, JAMES GAUGER, and other ) | |
| AS-OF-YET UNKNOWN EMPLOYEES OF THE ) | |
| CITY OF MILWAUKEE, ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

**ATTORNEY APPEARANCE**

An appearance is hereby filed by the undersigned as attorney for Robert Lee Stinson.

/s/Gayle Horn
Gayle Horn

Loevy & Loevy
312 N. May ST., Ste. 100
Chicago, IL 60607
(p): 312-243-5900
(f): 312-243-5902
Gaylehorn@gmail.com