# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3203
*www.wied.uscourts.gov*

November 27, 2009

Gayle M Horn
Loevy & Loevy Attorneys at Law
312 N May St - Ste 100
Chicago, IL 60607

Re: Stinson vs City of Milwaukee et al.
09-C-1033

Dear Counsel:

As of today's date, this office has not received your response to the "Consent/Refusal to Proceed Before a U.S. Magistrate Judge" form which you should have received at the time of case filing or upon service of this action. This form was to have been completed and returned within 20 days of its receipt.

If you have not yet completed and electronically filed this form, you are directed to do so no later than **December 9, 2009.** As stated in Chief Judge Charles N. Clevert's Order, "while the decision to consent or not to consent to the exercise of jurisdiction by the magistrate judge is entirely voluntary, the duty to respond to this order is mandatory."

A copy of the form is available on our website www.wied.uscourts.gov. Please be sure to include Judge Gorence's name where appropriate.

Very truly yours,

Jon W. Sanfilippo
Clerk of Court

By: s/Deputy Clerk