```
            IN THE UNITED STATES DISTRICT COURT
    FOR THE EASTERN DISTRICT OF WISCONSIN, MILWAUKEE DIVISION


ROBERT LEE STINSON,                    )
                                       )
            Plaintiff                  )
                                       )
      vs.                              )
                                       )
THE CITY OF MILWAUKEE, THOMAS          )
JACKELEN, JAMES GAUGER, and other      )
AS-OF-YET UNKNOWN EMPLOYEES OF THE     )
CITY OF MILWAUKEE,                     )
            Defendants.                )    JURY TRIAL DEMANDED
```

## CERTIFICATE OF SERVICE

I, Gayle Horn, an attorney, certify that on December 11, 2009, I served a copy of the Plaintiff's Amended Complaint to counsel of record by electronic means.


                                  RESPECTFULLY SUBMITTED,


                                  /s/Gayle Horn



Arthur Loevy
Jon Loevy
Michael Kanovitz
Russell Ainsworth
Gayle Horn
LOEVY & LOEVY
312 N. May Street
Suite 100
Chicago, IL 60607
Ph: (312) 243-5900
Fx: (312) 243-5902