# United States District Court

## EASTERN DISTRICT OF WISCONSIN

Robert Lee Stinson,

V.

City of Milwaukee, et al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 09 C 1033

TO: (Name and Address Defendant)

James Gauger
c/o City of Milwaukee
200 E. Wells Street, Room 205
Milwaukee, WI 53202

South Shore Process Service
Date: 12/31/09
Time: 11:20 am
Served By: _____

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (Name and Address)

Gayle Horn
Loevy & Loevy Attorneys at Law
312 N. May Street, Suite 100
Chicago, IL 60607

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must filed with the Clerk of this Court within a reasonable period of time after service.

JON W. SANFILIPPO
CLERK

DATE 11/6/09

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE  12\21\09 |
|---|---|
| NAME OF SERVER<br>Edward R. Smith | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): Served an authorized entity, Cheryl Cook, Administrative Assistant, who stated to me she was authorized to accept service. Served at: 200 E. Wells St., #205, MILWAUKEE, WI  53202

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12\21\09___
           *Date*

_Edward R. Smith_
*Signature of Server*
5970 S. Indiana Ave
Cudahy, WI  53110
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Wisconsin** | **County of Milwaukee** | **United States District Court - Eastern D Court** |

Case Number: 09 C 1033

Plaintiff:
**Robert Lee Stinson**

vs.

Defendant:
**City of Milwaukee, et al.**

For:
Loevy & Loevy
312 N. May Street
Suite 100
Chicago, IL 60607

Received by South Shore Process Service on the 19th day of December, 2009 at 12:59 pm to be served on **James Gauger c/o The City Of Milwaukee, 200 East Wells Street, Room 205, Milwaukee, WI 53202.**

I, Edward R. Smith, being duly sworn, depose and say that on the **21st day of December, 2009 at 11:20 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons in a Civil Case and Complaint and Amended Complaint** to: **Cheryl Cook** as **Administrative Assistant** at the address of: **200 East Wells Street, Room 205, Milwaukee, WI 53202**, who stated they are authorized to accept service for **James Gauger c/o The City Of Milwaukee**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and a legal resident of the State of Wisconsin and not a party to this action.

Subscribed and Sworn to before me on the 21st day of December, 2009 by the affiant who is personally known to me.

_Kathleen J. Bukowski-Smith_
NOTARY PUBLIC

My commission expires on: 11/18/2012

KATHLEEN J. BUKOWSKI-SMITH
Notary Public
State of Wisconsin

_Edward R. Smith_
**Edward R. Smith**
Process Server

**South Shore Process Service**
P.O. Box 100692
Cudahy, WI 53110
**(414) 378-7693**

Our Job Serial Number: 2009000314

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x