# United States District Court

## EASTERN DISTRICT OF WISCONSIN

ROBERT LEE STINSON,

V.

THE CITY OF MILWAUKEE et al.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 09 cv 01033-CNC

TO: (Name and Address Defendant)

Dr. Lowell T. Johnson
6040 N. Kent Ave.
Milwaukee, WI 53217

South Shore Process Service
Date: 12/21/09
Time: 12:30 pm
Served By: [signature]

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (Name and Address)

Loevy & Loevy
312 N. May St., Ste. 100
Chicago, IL 60607

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must filed with the Clerk of this Court within a reasonable period of time after service.

DEC 1 4 2009

JON W. SANFILIPPO
CLERK

DATE

[signature]

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/21/09 |
| NAME OF SERVER Edward R. Smith | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 6040 N. Kent Ave Milwaukee, WI 53217

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/21/09
　　　　　　Date

Signature of Server: Edward R. Smith
Address of Server: 5970 S. Indiana Ave, Cudahy, WI 53110

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

**State of Wisconsin**  **County of Milwaukee**  United States District Court - Eastern D Court

Case Number: 09 C 1033

Plaintiff:
**Robert Lee Stinson**

vs.

Defendant:
**City of Milwaukee, et al.**

For:
Loevy & Loevy
312 N. May Street
Suite 100
Chicago, IL 60607

Received by South Shore Process Service on the 19th day of December, 2009 at 12:59 pm to be served on **Dr. Lowell T. Johnson, 6040 North Kent Avenue, Room 205, Milwaukee, WI 53217**.

I, Edward R. Smith, being duly sworn, depose and say that on the **21st day of December, 2009 at 12:30 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Case and Complaint and Amended Complaint**, to: **Dr. Lowell T. Johnson** with the date and hour of service endorsed thereon by me at the address of: **6040 North Kent Avenue, Room 205, Milwaukee, WI 53217**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and a legal resident of the State of Wisconsin and not a party to this action.

Subscribed and Sworn to before me on the 21st day of December, 2009 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

My commission expires on: 11/18/2012

KATHLEEN J. BUKOWSKI-SMITH
Notary Public
State of Wisconsin

**Edward R. Smith**
Process Server

**South Shore Process Service**
P.O. Box 100692
**Cudahy, WI 53110**
(414) 378-7693

Our Job Serial Number: 2009000315

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x