UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN, MILWAUKEE DIVISION

ROBERT LEE STINSON,
    Plaintiff,

v.                          Case No.: 09 CV 01033

THE CITY OF MILWAUKEE,
THOMAS JACKELEN,
JAMES GAUGER,
other AS-OF-YET UNKNOWN EMPLOYEES
  OF THE CITY OF MILWAUKEE, and
DR. LOWELL T. JOHNSON,
    Defendants.

## NOTICE OF APPEARANCE

TO: ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that attorneys Lori Gendelman and Jason J. Franckowiak of the law firm of Otjen, Van Ert & Weir, S.C., Milwaukee, Wisconsin, have been retained by and appear on behalf of defendant, Dr. Lowell T. Johnson, in the above-captioned matter. Copies of all pleadings should be served upon Lori Gendelman and Jason J. Franckowiak at the address listed below or through use of the court's electronic filing system.

Dated at Milwaukee, Wisconsin, this 21st day of January, 2010.

                Respectfully submitted,

                s/ Jason J. Franckowiak
                Jason J. Franckowiak, Wis. Bar No. 1030873
                Lori Gendelman, Wis. Bar No. 1005633
                Attorneys for Defendant Dr. Lowell T. Johnson
                700 N. Water Street, Suite 800
                Milwaukee, Wisconsin 53202
                Telephone: (414) 271-7271
                Facsimile: (414) 271-7272
                Email: jfranckowiak@otjen.com
                        lgendelman@otjen.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of Court and served by operation of the Court's filing system to all attorneys of record on January 21, 2010.

By: s/ Jason J. Franckowiak