# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| Robert Lee Stinson ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 09-cv-1033 |
| City of Milwaukee, et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert Lee Stinson

Date: 02/08/2010

*Attorney's signature*

Heather Lewis Donnell
*Printed name and bar number*

Loevy & Loevy
312 N May Street
Suite 100
Chicago, IL 60607
*Address*

heather@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*