IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN, MILWAUKEE DIVISION

| | | |
|---|---|---|
| ROBERT LEE STINSON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | 2:09 CV 01033-CNC |
| vs. | ) | |
| | ) | |
| THE CITY OF MILWAUKEE, THOMAS JACKELEN, JAMES GAUGER, other AS-OF-YET UNKNOWN EMPLOYEES OF THE CITY OF MILWAUKEE, and DR. LOWELL T. JOHNSON, | ) ) ) ) ) ) | Judge Clevert |
| Defendants. | ) | JURY TRIAL DEMANDED |

## ORDER

It is hereby ordered that the Plaintiff's Agreed Motion for an Extension of Time is granted and Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion to Substitute a Party and Leave to Amend is due May 10, 2010.

_____
The Honorable Judge Charles N. Clevert, Jr.