```
 1      STATE OF WISCONSIN  :  CIRCUIT COURT  :  MILWAUKEE COUNTY
                                   Branch 31
 2      ------------------------------------------------------------

 3      STATE OF WISCONSIN,

 4                  Plaintiff,

 5            -vs-                                   Case No. K-0337

 6      ROBERT LEE STINSON,

 7                  Defendant.

 8      ------------------------------------------------------------

 9                          TRANSCRIPT OF JURY TRIAL

10      December 10, 1985, Part 1 PM    HONORABLE JAMES F. FOLEY,
                                        Circuit Judge, Presiding
11

12
                        CHARGE:  First Degree Murder
13

14                                                    FILED
                                                    APR 1 1986
15                                                  GARY J. BARCZAK
        A P P E A R A N C E S :                        CLERK
16
                  CAROL WHITE, Assistant District
17
        Attorney, appeared on behalf of the State of Wisconsin.
18
                  STEVEN R. KOHN, Attorney at Law, appeared on
19
        behalf of the Defendant Stinson.
20
                  The Defendant present in court.
21

22
        Carol A. Brathol -- Registered Professional Reporter
23

24

25
```

Group Exhibit BB

STATE OF WISCONSIN,

        Plaintiff,

        v.                           Case No. J-5087

ROBERT LEE STINSON,

        Defendant.

## TRANSCRIPT OF PROCEEDINGS

CHARGE: First Degree Murder

### JURY TRIAL

December 10, 1985, P.M.         HONORABLE PATRICK T. SHEEDY
                                                              Circuit Judge, Presiding

APPEARANCES

        CAROL WHITE, Assistant District Attorney, appearing on behalf of the State.

        STEVEN R. KOHN, Attorney at Law, appearing on behalf of the defendant.

        Defendant present in court.

MARY T. BOYCZUK – Official Reporter

FILED
APR 1 1986
GARY J. BARCZAK
CLERK

```
 1     STATE OF WISCONSIN    :   CIRCUIT COURT   :   MILWAUKEE COUNTY
 2                                  BRANCH 23
 3     ----------------------------------------------------------------
 4     STATE OF WISCONSIN,
 5                        Plaintiff,
 6         v.                                          Case No. K-8227
 7     ROBERT LEE STINSON,
 8                        Defendant.
 9     ----------------------------------------------------------------
10                          TRANSCRIPT OF PROCEEDINGS
11     ----------------------------------------------------------------
12     CHARGE :  First Degree Murder
13
                                 JURY TRIAL
14
15
       December 11, 1985, At             HONORABLE JAMES P. GIEDE
16                                       Circuit Judge, Presiding
17
       A P P E A R A N C E S
18
               CAROL WHITE, Assistant District Attorney,
19
       appearing on behalf of the State.
20
               STEVEN R. KOHN, Attorney at Law, appearing
21
       on behalf of the defendant.
22
               Defendant present in court.
23
24
25     PAUL J. POVLICK - Official Reporter
```

FILED APR 1 1986

GARY J. BARCZAK
CLERK

```
 1   STATE OF WISCONSIN     :  CIRCUIT COURT    :  MILWAUKEE COUNTY
 2                             Branch #23
     ------------------------------------------------------------
 3   STATE OF WISCONSIN,
 4                Plaintiff,
 5        -vs-
 6   ROBERT LEE STINSON,                              Case No. L-0937
 7                Defendant.
 8   ------------------------------------------------------------
 9
                    TRANSCRIPT OF JURY TRIAL
10   December 11, 1985, PM
                                        HONORABLE JANINE P. GESKE,
11                                      Circuit Judge, Presiding
12
13              CHARGE:  First Degree Murder
14
15
16   A P P E A R A N C E S:
17        CAROL WHITE, Assistant District
18   Attorney, appeared on behalf of the State of Wisconsin.
19        STEVEN R. KOHN, Attorney at Law, appeared on
20   behalf of the Defendant Stinson.
21        The defendant present in court.
22
23   Carol A. Brathol -- Registered Professional Reporter
24
25
```

FILED APR 1 1986 GARY J. BARCZAK CLERK

Case 2:09-cv-01033-PP   Filed 11/16/12   Page 4 of 17   Document 110-28

```
 1    STATE OF WISCONSIN    :   CIRCUIT COURT    :   MILWAUKEE COUNTY
                                  Branch #23
 2    ------------------------------------------------------------

 3    STATE OF WISCONSIN,

 4                  Plaintiff,

 5            -vs-                                  Case No. L-0937

 6    ROBERT LEE STINSON,

 7                  Defendant.

 8    ------------------------------------------------------------

 9                       TRANSCRIPT OF JURY TRIAL

10    December 12, 1985, Part 1         HONORABLE JANINE P. GESKE,
                                        Circuit Judge, Presiding
11

12

13                  CHARGE:  First Degree Murder

14

15
      A P P E A R A N C E S :
16
                  CAROL WHITE, Assistant District
17
      Attorney, appeared on behalf of the State of Wisconsin.
18
                  STEVEN R. KOHN, Attorney at Law, appeared on
19
      behalf of the Defendant Stinson.
20
                  The defendant present in court.
21

22
      Carol A. Brathol -- Registered Professional Reporter
23

24                                                    FILED
                                                   APR 1 1986
25
                                                 GARY J. BARCZAK
                                                     CLERK
```

Case 2:09-cv-01033-PP   Filed 11/16/12   Page 5 of 17   Document 122-28

examine the body for the presence of bitemarks.

1  Q  Did you find any when you examined the body?

2  A  I did.

3  Q  And where?

4  A  There were multiple bitemarks on the body, one located in
       the area above the pubis in the groin, two on the left
       abdomen, and multiple bitemarks, at that time I couldn't
       determine the exact number, on the right breast.

5  Q  And after making that visual examination, what did you do
       next?

6  A  Actually prior to that time before I even had viewed
       them, I had arranged to have the photographer from the
       State Crime Laboratory available for photographs of them,
       and so I had requested photographs be taken.

7  Q  And who was the photographer you requested that from?

8  A  David Cadle, C-a-d-l-e.

9  Q  And have you worked with him before?

10 A  Many times on these cases.

11 Q  And he took those photographs per your instruction?

12 A  Yes.

13 Q  And then what was your further examination of the body at
       that time --

14 A  The initial examination, of course, was to determine if
       they were indeed bitemarks as they were suspected to be,
       and I could identify them quite readily as human

001500

32

1  Q  And who is that?
2  A  This individual was identified to me as Robert Earl
3     Stinson.
4  Q  Robert Earl Stinson?
5  Q  That's not the defendant?
6  A  This is a brother to the defendant, Robert Lee Stinson;
7     also identified to me as a twin of Robert Lee Stinson.
8  Q  Facially did he appear, from your medical background, to
9     be an identical or fraternal twin?
10 A  Certainly not an identical twin.
11 Q  Did you also do a dental workup on Robert Earl Stinson?
12 A  Yes, I did.
13 Q  And did you make comparisons with Robert Earl Stinson's
14    dentition to the injuries on Ione Cychosz?
15 A  Yes.
16 Q  And from that were you able to form an opinion to a
17    reasonable degree of medical and dental certainty about
18    Robert Earl Stinson's having inflicted any or all of
19    these wounds?
20 A  Yes, I did.
21 Q  And concerning the defendant's brother, Robert Earl
22    Stinson, what was that conclusion?          **001542**
23 A  The workup was the same procedure as done with Robert
24    Lee. The photography of the dentition, models of the
25    jaws, the wax exemplar taken of his bite, and then the

1   comparison of the evidence taken from the victim, Ione
2   Cychosz, to the materials that we gathered from Robert
3   Earl. The investigation early on showed that there were
4   some gross discrepancies which would rule out Robert Earl
5   Stinson as having possibly made these bitemarks. Robert
6   Earl has present in his mouth a right central incisor
7   which is intact. There is no damage to it at all.
8   That's inconsistent with the types of bites that you have
9   seen repeatedly demonstrated because there has to be a
10  damaged tooth appearing in those areas. Robert Earl
11  Stinson has a fractured left central incisor about one
12  third of the way up. That is inconsistent with any of
13  the bites that you have seen. You have seen repeatedly a
14  registration of an intact and smooth left central incisor
15  in those bites. Studying further, by looking at the size
16  of the models that we developed, the size of the arches
17  is entirely different. The shape of the arches, entirely
18  different. And I then did an overlay study which would
19  graphically depict the differences in those. Besides
20  looking at models and making a comparison, which I'm sure
21  you're capable of doing, I also have an exhibit which
22  will show overlays of both the dentitions, upper and
23  lower, of the two.

**001543**

24  Q   And you were able to exclude Robert Earl Stinson?
25  A   On the basis of those factors, I would have to say that

reporter to mark those as 14 A through D.

THE COURT: All right.

MS. WHITE: And I'll have no further questions of this witness.

MR. KOHN: I have no questions.

THE COURT: All right. Let's have them marked. You may step down.

(State's Exhibits 14 A through D marked for identification.)

THE COURT: Why don't we put on the record what is 14 A through D.

MS. WHITE: Your Honor, 14 A is a brassiere, 14 B are socks, 14 C is a blue top, 14 D is a tennis shoe.

THE COURT: Thank you.

MS. WHITE: Now, the state at this time calls Detective Leroy Shaw.

LEROY SHAW,

called as a witness on behalf of the State, having been first duly sworn, testified as follows:

THE CLERK: State your name and spell your last name.

THE WITNESS: Leroy Shaw, S-h-a-w.

DIRECT EXAMINATION

BY MS. WHITE:

001453

Case 2:09-cv-01033-PP   Filed 11/16/12   Page 9 of 17   Document 112-28

6

1   Q   How are you employed, sir?
2   A   As a detective with the Milwaukee Police Department.
3   Q   And in the course of that employment, on the morning of
4       November 3rd, 1984, did you have occasion to go to the
5       vicinity of 7th and Center streets?
6   A   Yes, I did.
7   Q   Is that located in the City and County of Milwaukee,
8       State of Wisconsin?
9   A   Yes.
10  Q   And at that location did you have occasion to view the
11      area near that location?
12  A   Yes.
13  Q   For what purpose?
14  A   We had been dispatched in regards to the fact that a body
15      had been found in the rear yard at 2550 North 7th Street,
16      and we were sent to investigate.
17  Q   And at that location did you indeed observe a human body
18      at that location?
19  A   Yes.
20  Q   Detective Shaw, I show you what's been marked for
21      identification as State's Exhibit 3, ask if you can
22      identify that.
23  A   Yes, this is the body we found in the rear yard at 2550
24      North 7th Street, and it appears as we first saw it.
25  Q   And I also show you —

001454

Case 2:09-cv-01033-PP   Filed 11/16/12   Page 10 of 17   Document 112-28

examine the body for the presence of bitemarks.

Q Did you find any when you examined the body?

A I did.

Q And where?

A There were multiple bitemarks on the body, one located in the area above the pubis in the groin, two on the left abdomen, and multiple bitemarks, at that time I couldn't determine the exact number, on the right breast.

Q And after making that visual examination, what did you do next?

A Actually prior to that time before I even had viewed them, I had arranged to have the photographer from the State Crime Laboratory available for photographs of them, and so I had requested photographs be taken.

Q And who was the photographer you requested that from?

A David Cadle, C-a-d-l-e.

Q And have you worked with him before?

A Many times on these cases.

Q And he took those photographs per your instruction?

A Yes.

Q And then what was your further examination of the body at that time --

A The initial examination, of course, was to determine if they were indeed bitemarks as they were suspected to be, and I could identify them quite readily as human

1  Q  And who is that?
2  A  This individual was identified to me as Robert Earl
3     Stinson.
4  Q  Robert Earl Stinson?
5  Q  That's not the defendant?
6  A  This is a brother to the defendant, Robert Lee Stinson;
7     also identified to me as a twin of Robert Lee Stinson.
8  Q  Facially did he appear, from your medical background, to
9     be an identical or fraternal twin?
10 A  Certainly not an identical twin.
11 Q  Did you also do a dental workup on Robert Earl Stinson?
12 A  Yes, I did.
13 Q  And did you make comparisons with Robert Earl Stinson's
14    dentition to the injuries on Ione Cychosz?
15 A  Yes.
15 Q  And from that were you able to form an opinion to a
17    reasonable degree of medical and dental certainty about
18    Robert Earl Stinson's having inflicted any or all of
19    these wounds?
20 A  Yes, I did.
21 Q  And concerning the defendant's brother, Robert Earl
22    Stinson, what was that conclusion?      001542
23 A  The workup was the same procedure as done with Robert
24    Lee. The photography of the dentition, models of the
25    jaws, the wax exemplar taken of his bite, and then the

1  comparison of the evidence taken from the victim, Ione
2  Cychosz, to the materials that we gathered from Robert
3  Earl. The investigation early on showed that there were
4  some gross discrepancies which would rule out Robert Earl
5  Stinson as having possibly made these bitemarks. Robert
6  Earl has present in his mouth a right central incisor
7  which is intact. There is no damage to it at all.
8  That's inconsistent with the types of bites that you have
9  seen repeatedly demonstrated because there has to be a
10 damaged tooth appearing in those areas. Robert Earl
11 Stinson has a fractured left central incisor about one
12 third of the way up. That is inconsistent with any of
13 the bites that you have seen. You have seen repeatedly a
14 registration of an intact and smooth left central incisor
15 in those bites. Studying further, by looking at the size
16 of the models that we developed, the size of the arches
17 is entirely different. The shape of the arches, entirely
18 different. And I then did an overlay study which would
19 graphically depict the differences in those. Besides
20 looking at models and making a comparison, which I'm sure
21 you're capable of doing, I also have an exhibit which
22 will show overlays of both the dentitions, upper and
23 lower, of the two.                                    **001543**
24 Q  And you were able to exclude Robert Earl Stinson?
25 A  On the basis of those factors, I would have to say that

1  A  All right. Aclusion refers to the way teeth meet, and as
2     you know, from studying profiles of people, everyone's
3     teeth do not meet in the same way. Some people have
4     rather prominent chins. Some have recessive chins. Some
5     have rather prominent upper teeth, but the term aclusion
6     simply means the way your teeth come together, and there
7     are characteristic classifications of that that I don't
8     think we have to go into, but they can be identifiable.
9  Q  What else did the study workup --
10 A  The workup then also included photographs that are taken
11    with a specialized piece of photographing equipment that
12    will allow us to take pictures of the biting surfaces of
13    the teeth so that we can get at that point a life-size
14    scale, one-to-one representation of all the biting
15    surfaces of either the upper or lower teeth, and this is
16    done with a polished chrome mirror so that there is no
17    discomfort to the individual being examined, but that
18    when the photograph is taken, then we not only have a
19    photograph but in the film pack we have a negative, and
20    from that negative we can then produce additional prints
21    also life-size, true to scale.
22 Q  Anything else that was done to preserve --
23 A  Yes. We also then proceeded to take dental impressions
24    much as you probably would be familiar with if you have
25    ever had any bridge work or anything done at your

```
 1    dentist, an impression of the teeth and jaws so that we
 2    can reproduce then static models of those teeth, and that
 3    by definition, of course, is also life-size. Another
 4    step that is done in the procedure is by using a soft wax
 5    wafer that's roughly the shape of the arch, horseshoe
 6    shaped. We have a suspect give us at least one or more
 7    exemplars or representations of the biting edges of their
 8    teeth in wax, and so we obtained then at least two
 9    exemplars from Robert. And this was also accompanied by
10    a comprehensive oral examination to .
11                   show the condition of his teeth, the
12    ability or inability to be able to open his jaws, the
13    presence of any disease present in his mouth, the
14    presence of defective or decayed teeth or any teeth that
15    had been artificially restored, things of that nature,
16    much as you would do in a routine dental examination on
17    anybody.
18  Q Do you recall when this examination took place?
19  A To the best of my recollection, it was December 3rd,
20    1984.
21  Q Now, doctor, before we continue with that, let's return
22    to your observation of Ione Cychosz. First of all,
23    what's a perimortum bitemark?
24  A As you probably know, bitemarks can be inflicted at any
25    time, and so in order to classify them, to make them more
```

001507

1   difficult, and I suppose it would depend on the abilities
2   of the examiner and also the quality of the mark that was
3   left. It does not mean simply because it is a distorted
4   drag mark that it might not prove to be good evidence.
5   It might possess some particularly unique characteristic.
6   For example, if the tooth had a defect in its biting
7   edge, such as a notch, and that drag mark shows that same
8   notch as a striation all along the stroke, and we can on
9   a microscopic level associate that notch in the edge of
10  the tooth with the notch or the representation of the
11  notch in the abrasion which would represent itself as a
12  hill. We have gone into the area microscopically of
13  scanning electron microscopy where we actually can make
14  a replica of the tissue and a replica of the tooth and
15  study this under the S.E.M. or the scanning electron
16  microscope at extremely high magnifications to actually
17  show specific detail and relate that defect with the
18  striation in the skin, so I would say no, Mr. Kohn,
19  that definitely could be a valuable piece of
20  evidence.
21 Q Now, doctor, you did this workup where you put in
22  approximately 140, 130 hours, whatever it was to date,
23  you have also stated that anything is possible. Is there
24  a margin of error that you would accept as far as the
25  work that you have done?

001548

1  A  Had the bite been limited or had the evidence been
2     limited to one bite with very few teeth, it might be
3     conceivable that you could say that there was a margin
4     for error. Had the bite been limited or the evidence
5     been limited to two bites, the margin of error becomes
6     smaller. The workup that I did was extensive and
7     exhaustive. It consisted of eight bites. It consisted
8     of three rather unique features which appear repeatedly
9     in those bites, and so in my scientific opinion, there is
10    no margin for error in this.
11 Q  Now, you have indicated that you keyed in approximately
12    three unique characteristics; is that correct?
13 A  Yes, in addition to a number of consistencies which tend
14    to build and support, corroborate that.
15 Q  Was there any bitemark that you had a sample of from the
16    body where all of the teeth, either upper or lower,
17    appeared?
18 A  I'm not sure I understand what you mean by all of the
19    teeth. Do you mean 32 teeth in one bitemark, Mr. Kohn
20    or --
21 Q  No, 16.

**001549**

22 A  I believe, if I remember correctly, the greatest number
23    of individual teeth in one bite was 11. I think the
24    fewest number in one of these bites was 5. Now, the 7
25    bites represent varying combinations of those teeth to a