EXHIBIT
Gauger
10/6/12
GRAMANN REPORTING, LTD.

**Exhibit NN**

**AUTO'S RECOVERED:** Location

Condition of auto

Owner notified by

Auto taken to

By order of

Key in ignition

Ignition off but unlocked

Ignition locked — no key

Jumper wire used

Tin-foil, metal, coin used

Doors locked

Windows or doors open

Window forced

Rank _____ District _____

Items stripped

Neighborhood checked

Involved in accident

Appears driveable

Not driveable

Motor was warm

Dist/Bur _____

Inventory No. _____

Date _____ Time _____

Date _____ Time _____

Date _____ Time _____

Date _____ Time _____

## OFFENSE SUPPLEMENT or CASE SUMMARY

On Dec. 2, 1984, a "John Doe" investigation was conducted by Judge David JENNINGS, attended by Assistant District

Attorney Dan BLINKA, Dets. James Gauger and Thomas Jackelen, David CADLE, a photographer for the Wisconsin Regional Crime

Laboratory, and Dr. L.T. JOHNSON, a forensic odontologist, whose office is at 5900 N. Pt. Washington Rd.

After hearing testimony by Assistant District Attorney Daniel BLINKA, Judge JENNINGS ordered the subject, Robert Lee

STINSON, who was also present, to allow Dr. L.T. JOHNSON to perform tests on his mouth, which included molds and

photographs.

After the court order, Dr. JOHNSON did in fact, take full teeth impressions of Robert Lee STINSON and David CADLE took

several photos of the subject's mouth and face.

On Dec. 20, 1984, we received six (6) photos from David CADLE on their Case #R84-2363, and M.P.D. #4071, depicting

Robert Lee STINSON's dental pictures and a full photo of his face. These are the photos that were obtained on Dec. 3, 1984

These items were placed on M.P.D. Inventory #1042315.

On Dec. 28, 1984, Det. Thomas Jackelen received one pail which contained skin tissue from the right breast of the vic

tim, Ione CYCHOSZ, from Medical Examiner Elaine Samuels. Det. Jackelen conveyed this item to Dr. JOHNSON, at 5900 N. Port

Washington Rd., and turned it over to Dr. JOHNSON, after placing it on M.P.D. Inventory #1042378.

On Jan. 16, 1985, we received twenty-three (23) items from Dr. JOHNSON, a copy of which is attached, and signed by

Det. Jackelen. These included photographs, negatives, wax molds and models of the suspect's teeth. At this time, Dr.

NOTIFICATION to COMPLAINANT of OFFENSE CLEARANCE: Made by _____ Date _____ Time _____

AUTO'S RECOVERED: Location _____

Condition of auto _____  Date _____ Time _____

Owner notified by _____  District _____ Date _____ Time _____

Auto taken to _____  Dist/Bur _____ Date _____ Time _____

Inventory No. _____

By order of _____  Rank _____

| | |
|---|---|
| Keys in ignition | Tin-foil, metal, coin used |
| Ignition off but unlocked | Doors locked |
| Ignition locked — no key | Windows or doors open |
| Jumper wire used | Window forced |

| | |
|---|---|
| Items stripped | Not driveable |
| Neighborhood checked | Motor was warm |
| Involved in accident | |
| Appears driveable | |

OFFENSE SUPPLEMENT or CASE SUMMARY    MURDER    M-1752 – IONE CYCHOSZ    1-22-85
PAGE 2

JOHNSON stated that he had examined all of the aforementioned items and that it was his opinion, to a reasonable degree of scientific certainty, that the subject, Robert Lee STINSON, caused the bite marks on the breasts, abdomen, and upper pubic region of Ione CYCHOSZ at or about the time of her death on 11-3-84.

On Jan. 17, 1985, Det. Thomas Jackelen and I, Det. James Gauger, took the aforementioned items to Las Vegas, Nev., where they were viewed by a Dr. Raymond RAWSON of 4121 W. Sahara Dr., Las Vegas, Nev. (876-4992), and after viewing the items, Dr. RAWSON gave a verbal confirmation of Dr. JOHNSON's findings. These items were then returned by us to Dr. JOHNSON.

On Jan. 22, 1985, the subject, Robert Lee STINSON, was arrested at his home and fully advised of his constitutional rights in the presence of his mother, Clara STINSON, and his twin brother, Robert Earl STINSON. Robert Lee STINSON stated that he fully understood his rights and proceeded with us to the Detective Bureau where his Nike brand tennis shoes were taken from him and placed on M.P.D. Inventory #1046548, to be used for comparison purposes at a future date by the Crime Lab.

This report was dictated by Det. James Gauger of the Day Shift.

JG/mlb  1-22-85

M 1752 SEC 4 / PAGE 2

NOTIFICATION to COMPLAINANT of OFFENSE CLEARANCE: Made by _____  Date _____ Time _____

Case 2:09-cv-01033-PP   Filed 11/16/12   Page 2 of 2   Document 112-41