Exhibit OO

MEMORANDUM  1/9/85

To: Daniel J. Blinka
Assistant District Attorney
Milwaukee County
Room 453 Safety Building
821 W. State Street
Milwaukee, Wisconsin 53233

From: L. T. Johnson, D.D.S. D-AFBO
Forensic Dental Examiner
5900 N. Port Washington Rd.
Glendale, Wisconsin 53217

Re: Cychosz, Ione (V), M.E. #1963-84, M.P.D.
#VS 84-136, C.L.B. # R84 2363, Milwaukee,
Milwaukee County, Wisconsin

OBSERVATIONS:

Comparison of models of the teeth of Robert Lee Stinson with a model of a portion of the right breast of Ione Cychosz reveal the indentations reflected in the skin of the victim to be consistent with
1. the curvature of the lower jaw,
2. the size of the lower jaw
and specific and individual in
1. the size of the lower left lateral incisor (tooth #23) the lower left central incisor (tooth #24) and the lower right central incisor (tooth #25)
2. the relative position of tooth #23, #24, and #25 to each other, and
3. the imprint of only the mesial corner of the lower right lateral incisor (tooth #26)
of the suspect Robert Lee Stinson.

Comparison of models of the teeth of Robert Lee Stinson 111 color photographs of the bite marks on the body of Ione Cychosz demonstrate the following consistencies:

1. Size of the dental arches (jaw)
2. Shape of the dental arches (curvature of jaw)
3. Same number of teeth in suspect's jaw and bites
and the following specific and individual characteristics:

1. the unusual lip-shaped pattern left in the skin by the upper right (fractured) central incisor (tooth #8).
2. the remarkable position of the lower right lateral incisor (tooth #26) which is lingually displaced and its oblique wear pattern.



3. the width of three lower incisors—the left and right central incisor (tooth #24 and #25) and the right lateral incisor (tooth #26).
4. the relative position of the upper left central incisor (tooth #9) to the upper left lateral incisor (tooth #10 ).

Comparison of 2x B&W overlays of the biting edge of the teeth of Robert Lee Stinson to 2x color photographic prints of the bite marks on the body of Ione Cychosz show the following consistencies

1. size of the upper and lower dental arches (jaws)
2. shape of the upper and lower dental arches (jaws)
3. all teeth present in the bite marks are also present in the suspect's mouth.

and the following specific and individual characteristics:

BITES

1. The upper right central incisor (tooth #8) registers a consistent and specific lip shaped pattern in several of the bites.
2. The presence of a diastema (space) between the upper right cuspid (tooth #6) and the upper right lateral incisor (tooth #7).
3. The displacement labially (toward the lip) of the upper left central incisor (tooth #9)

Comparison of wax exemplars produced by the teeth of Robert Lee Stinson with photographs and models of the bite marks on the body of Ione Cychosz reveal the following consistencies:

1. size of dental arches (jaws).
2. shape of dental arches (jaws).
3. number of teeth present and reflected in the bites

and the following specific and individual characteristics:

1. relative prominence of the upper left central incisor (tooth #9) to the upper left lateral incisor (tooth #10)
2. the relative vertical position of the upper right central incisor (tooth #8) which is fractured and decayed almost to the gum line
3. the asymmetry of the lower arch

OVERLAYS

Comparison of 2x B & W overlays of the biting edges of the teeth of Robert Lee Stinson with 2x B & W photographs of the bite marks on the body of Ione Cychosz, produced by color filtration photography, produce the following consistencies:

1. size of the dental arches
2. shape of the dental arches
3. same number of teeth reflected in both the dentition and the bites

and the following specific and individual characteristics:


INCISOR
MAXILLARY

1. the relative position of the upper left central incisor (tooth #9) and the upper left lateral incisor (tooth #10)
2. the specific mesio-distal width of the above two teeth (#9 and #10)
3. the specific curvature reflected between the distal angle of the left maxilly central incisor (tooth #9) and the left maxilly lateral incisor (tooth #10)
4. the unusual lip shaped pattern produced by the upper right central incisor (tooth #8)

CONCLUSIONS:

Each of the above steps in the comparative procedure reveals details which are not only consistent with those revealed in the preceding step, but also confirmatory of those observations. A total of eight areas of human bite marks reflecting either one or both jaws with a total of seventy-five individual tooth marks were identified and examined. The availability of so many different areas of the body bitten and the vast number of individual tooth marks for comparison, together with the repetition of the consistent and specific details in each method of comparison cause the evidence to be, in my professional opinion, overwhelming.

Based upon the above observations during my analysis of the above captioned case, it is also my professional opinion to a reasonable degree of scientific certainty, that the teeth of Robert Lee Stinson would be expected to produce bite patterns identical to those which I examined and recorded in this extensive and exhaustive analysis.