UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBERT LEE STINSON,

        Plaintiff,

v.

                                      Case No. 09-cv-1033-pp

CITY OF MILWAUKEE, *et al.*,

        Defendants.

**CIVIL PRETRIAL ORDER**

In preparation for trial, the court **ORDERS** that all counsel who will try this case shall meet and confer, and shall make a good-faith effort to prepare a single final pretrial report. The parties shall file that final pretrial report no later than **January 31, 2019**, and the principal burden for filing the report rests with counsel for the plaintiff. The final pretrial report shall include the following:

    1.    A brief summary of the claims, which the court will read to the *venire* during jury selection to inform them of the nature of the case and the identities of the parties;

    2.    A statement of the issues;

    3.    The anticipated length of the trial;

    4.    Any stipulations the parties have reached;

1

5. The name, occupation, and city of residence of each potential witness. The court will not permit a party to call in its case-in-chief any witness who does not appear on the list, absent a showing of good cause;

5. A short narrative statement detailing the background and qualifications of any expert witness whom either party expects to testify;

6. A complete list of all exhibits the parties anticipate that they may offer or reference during the trial. The parties shall pre-mark all exhibits, using the numbering system the court has laid out in its procedures. See www.wied.uscourts.gov/judges/pamela-pepper (Tips for Practicing Before Judge Pepper, page 8, §VI(H)). The parties shall disclose, and provide to, opposing counsel copies of the exhibits they plan to use at trial. If both parties plan to use the same exhibit, the parties shall mark that exhibit with only one exhibit number;

7. A designation of all depositions or portions of transcripts or other recordings of depositions the parties plan to read into the record or play at trial as substantive evidence. A party must show good cause to read or play more than five pages from a deposition;

8. Proposed nonstandard *voir dire* questions. See www.wied.uscourts.gov/judges/pamela-pepper (Tips for Practicing Before Judge Pepper, page 9, §VII(D));

9. A list of proposed Seventh Circuit pattern jury instruction numbers (not the text of the instructions themselves), and the text of any proposed non-pattern instructions;

10. A proposed verdict form;

11. A statement regarding whether the parties want the court to provide a court reporter; and

12. A statement as to how many jurors the parties wish to select.

If, after making a good-faith effort, the parties can't agree on particular *voir dire* questions, jury instructions, or forms of verdict, the party proposing the contested questions, instructions or verdict forms shall file its proposals separately, and shall include any case law, argument or other legal support for those proposals. The parties shall file their exhibit lists, *voir dire* questions, jury instructions, and verdict forms as PDF attachments to the final pretrial report. In addition, the parties shall e-mail a Word version of each of those documents to Judge Pepper's proposed order e-mail box: PepperPO@wied.uscourts.gov.

The court **ORDERS** that if any party wishes to challenge the qualifications or testimony of an opposing party's expert witness under Daubert v. Merrell Down Pharmaceuticals, Inc., 509 U.S. 579 (1993) and its progeny, that party shall file a motion and supporting brief by the end of day on **November 2, 2018**. Response briefs are due by the end of the day on **Friday, November 30, 2018.** Replies are due by the end of the day on **Friday, December 14, 2018**.

The court further **ORDERS** that any party wishing to file a motion *in limine* on topics referenced in Fed. R. Civ. P. 104(a) shall do so no later than the end of the day on **Friday, January 4, 2019**. Responses are due by day's

3

end on **Friday, January 18, 2019**, and replies by day's end on **Friday, January 25, 2019**.

Parties planning to present their evidence electronically shall contact chambers **at least a week** before trial, to schedule a time to come into the courtroom and test their equipment.

Dated in Milwaukee, Wisconsin this 2nd day of July, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**

4

Case 2:09-cv-01033-PP   Filed 07/02/18   Page 4 of 4   Document 164