UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN, MILWAUKEE DIVISION

ROBERT LEE STINSON,
        Plaintiff,

v.                                                   Case No.: 09 CV 01033

THE CITY OF MILWAUKEE,
JAMES GAUGER,
other AS-OF-YET UNKNOWN EMPLOYEES
 OF THE CITY OF MILWAUKEE,
DR. LOWELL T. JOHNSON, and
DR. RAYMOND D. RAWSON,
        Defendants.

## DEFENDANTS' NOTICE OF MOTION & MOTION TO EXCLUDE
## THE TESTIMONY OF PLAINTIFF'S EXPERTS

      PLEASE TAKE NOTICE that upon the Rule 702 motions filed jointly by all defendants, along with their accompanying affidavits, the defendants, by their attorneys, will move this Court before the Honorable Pamela Pepper, United States District Judge, at the United States Courthouse for the Eastern District of Wisconsin, located at 517 E. Wisconsin Ave., Milwaukee, WI, at a time established by the Court, for an ORDER excluding certain testimony of plaintiff's experts.

Dated this 6th day of November, 2018.

        OTJEN, GENDELMAN, ZITZER, JOHNSON
         & WEIR, S.C.
        Attorneys for Defendant Dr. Lowell T. Johnson

        s/ Jason J. Franckowiak
        Jason J. Franckowiak, State Bar No. 1030873
        Email: jfranckowiak@otjen.com

**P.O. ADDRESS:**
20935 Swenson Drive
Suite 310
Waukesha, WI 53186
Ph: 262 777-2200

Dated this 6th day of November, 2018.

        MILWAUKEE CITY ATTORNEY'S OFFICE
        Attorneys for Defendants James Gauger & City of Milwaukee

        s/ Jan A. Smokowicz
        Jan A. Smokowicz, State Bar No. 1008429
        Email: jsmoko@milwaukee.gov

**P.O. ADDRESS:**
200 E. Wells Street, Room 800
Milwaukee, WI 53202-3551
Ph: 414 286-2601

Dated this 6th day of November, 2018.

        SIESENNOP & SULLIVAN
        Attorneys for Defendant Dr. Raymond Rawson

        s/ Ellison F. Hitt
        Ellison F. Hitt, State Bar No. 1085269
        Email: EFH1@s-s-law.com

**P.O. ADDRESS:**
111 W. Pleasant St., Suite 110
Milwaukee, WI 53212
Ph: 414 223-1720