ROBERT LEE STINSON,

       Plaintiff,

  v.                                   Case No. 2:09-cv-1033-PP

JAMES GAUGER, et al.,

       Defendants.

## PLAINTIFF'S PROPOSED VERDICT FORM

We, the jury, find as follows on the claims of the Plaintiff, Robert Lee Stinson, against the Defendants Gauger, Johnson and Rawson:

**QUESTION NO. 1: UNDER COLOR OF STATE LAW**

**Did Defendant Lowell T. Johnson act under color of state law during the investigation into the murder of Ione Cychosz?**

Answer: _____ YES   _____ NO

**QUESTION NO. 2: UNDER COLOR OF STATE LAW**

**Did Defendant Raymond Rawson act under color of state law during the investigation into the murder of Ione Cychosz?**

Answer: _____ YES   _____ NO

**QUESTION NO. 3: DUE PROCESS**

**Did any of the following Defendants violate Plaintiff's right to due process?**

| Answer: | | | | |
|---|---|---|---|---|
| | a. | James Gauger | _____ YES | _____ NO |
| | b. | Dr. Lowell T. Johnson | _____ YES | _____ NO |
| | c. | Dr. Raymond Rawson | _____ YES | _____ NO |

**QUESTION NO. 4: FEDERAL MALICIOUS PROSECUTION**

**Did any of the following Defendants violate Plaintiff's constitutional right to be free from malicious prosecution?**

| Answer: | | | | |
|---|---|---|---|---|
| | a. | James Gauger | _____ YES | _____ NO |
| | b. | Dr. Lowell T. Johnson | _____ YES | _____ NO |
| | c. | Dr. Raymond Rawson | _____ YES | _____ NO |

**QUESTION NO. 5: ILLEGAL DETENTION**

**Did any of the following Defendants cause Plaintiff to be detained without probable cause?**

Answer: a. James Gauger _____ YES _____ NO

b. Dr. Lowell T. Johnson _____ YES _____ NO

c. Dr. Raymond Rawson _____ YES _____ NO

**QUESTION NO. 6: FAILURE TO INTERVENE**

**Did any of the following Defendants fail to intervene to prevent another Defendant from violating Plaintiff's constitutional rights?**

Answer: a. James Gauger _____ YES _____ NO

b. Dr. Lowell T. Johnson _____ YES _____ NO

c. Dr. Raymond Rawson _____ YES _____ NO

**QUESTION NO. 7: AGREEMENT TO VIOLATE RIGHTS**

Did any of the following Defendants reach an agreement with another Defendant to violate Plaintiff's constitutional rights?

Answer: a. James Gauger _____ YES _____ NO

b. Dr. Lowell T. Johnson _____ YES _____ NO

c. Dr. Raymond Rawson _____ YES _____ NO

**QUESTION NO. 8: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

**Did any of the following Defendants intentionally inflict emotional harm on Plaintiff?**

Answer: a. James Gauger _____ YES _____ NO

b. Dr. Lowell T. Johnson _____ YES _____ NO

c. Dr. Raymond Rawson _____ YES _____ NO

**QUESTION NO. 9: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

**Did any of the following Defendants negligently inflict emotional harm on Plaintiff?**

Answer: a. James Gauger _____ YES _____ NO

b. Dr. Lowell T. Johnson _____ YES _____ NO

c. Dr. Raymond Rawson _____ YES _____ NO

**QUESTION NO. 10: MALICIOUS PROSECUTION UNDER WISCONSIN STATE LAW**

**Did any of the following Defendants violate Plaintiff's rights under Wisconsin law to be free from malicious prosecution?**

Answer: a. James Gauger _____ YES _____ NO

b. Dr. Lowell T. Johnson _____ YES _____ NO

c. Dr. Raymond Rawson _____ YES _____ NO

### **Compensatory Damages**

We, the jury, award the Plaintiff, Robert Lee Stinson, compensatory damages in the amount of $ _____.

### **Punitive Damages**

We, the jury, award the Plaintiff, Robert Lee Stinson, punitive damages against **James Gauger** in the amount of $ _____.

We, the jury, award the plaintiff, Jacques Rivera, punitive damages against **Dr. Lowell T. Johnson** in the amount of $ _____.

We, the jury, award the plaintiff, Jacques Rivera, punitive damages against **Dr. Raymond Rawson** in the amount of $ _____.

**Please sign and date the form below:**

_____        _____
Presiding juror

_____        _____


_____        _____