UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBERT STINSON,

Plaintiff,

v. Case No. 2:09-cv-0133-PP

CITY OF MILWAUKEE, et al.,

Defendants.

**STATUS REPORT**

Pursuant to the status hearing on Tuesday, May 21, 2019, Plaintiff's counsel has consulted with the Wisconsin State Crime Laboratory ("Crime Lab") regarding providing its documentation on the location of the physical evidence for its Case No. R84-2363.

The Crime Lab has also confirmed that it does not have any of the physical evidence for Case No. R84-2363 in its possession, custody or control. The Crime Lab has gathered all relevant documents and is able to produce them per an Order from this Court directing the lab to produce: all entries into its computer system known as BEAST, logs, evidence receipts and communications that indicate the location of the physical evidence in Case No. R84-2363.

WHEREFORE Plaintiff respectfully requests that the Court enter an Order directing the Crime Lab to produce the following: all entries into its computer system known as BEAST, logs, evidence receipts and communications that indicate the location of the physical evidence in Case No. R84-2363.

RESPECTFULLY SUBMITTED,

/s/ Heather Lewis Donnell
HEATHER LEWIS DONNELL
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I, Heather Lewis Donnell, an attorney, certify that on May 23, 2019, I filed a copy of the aforementioned Status Report via the Court's CM/ECF filing system.

/s/ Heather Lewis Donnell