IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN, MILWAUKEE DIVISION

| | | |
|---|---|---|
| ROBERT LEE STINSON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | 2:09 CV 01033 |
| vs. | ) | |
| | ) | |
| THE CITY OF MILWAUKEE, THOMAS | ) | |
| JACKELEN, JAMES GAUGER, other | ) | |
| AS-OF-YET UNKNOWN EMPLOYEES OF THE | ) | Judge Pamela Pepper |
| CITY OF MILWAUKEE, and DR. LOWELL | ) | |
| T. JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## [PROPOSED] ORDER

It is hereby ordered that the Wisconsin State Crime Lab is directed to produce the following: all entries into its computer system known as BEAST, logs, evidence receipts and communications that indicate the location of the physical evidence in Case No. R-84-2363.
.

_____
The Honorable Judge Pamela Pepper