UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROBERT LEE STINSON,

    Plaintiff,

v.

CITY OF MILWAUKEE, *et al.*,

    Defendants.

Case No. 09-cv-1033-pp

---

**ORDER DIRECTING WISCONSIN CRIME LAB TO PROVIDE DOCUMENTATION REGARDING PHYSICAL EVIDENCE**

---

The plaintiff filed a status report asking the court to order the Wisconsin State Crime Laboratory to produce documentation regarding the location of physical evidence from the criminal case that is the underlying basis for this civil rights case. Dkt. No. 305. The court has reviewed the status report and finds that there is good reason to order the Crime Lab to produce the documentation the plaintiff has requested.

The court **ORDERS** that the Wisconsin State Crime Laboratory shall produce all entries into its computer system known as BEAST, logs, evidence receipts and communications that indicate the location of physical evidence in Case No. R84-2363.

Dated in Milwaukee, Wisconsin this 24th day of May, 2019.

                                    **BY THE COURT:**

                                    **HON. PAMELA PEPPER**
                                    **United States District Judge**