UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBERT LEE STINSON,

    Plaintiff,

v.                                                   Case No. 09-cv-1033-pp

CITY OF MILWAUKEE, *et al.*,

    Defendants.

## ORDER FOR WRIT OF *HABEAS CORPUS AD TESTIFICANDUM*

**Moses Price, Jr.** is incarcerated at Racine Correctional Institution in Sturtevant, Wisconsin. A trial in the above-captioned case is scheduled to begin June 17, 2019 in the Federal Courthouse in Milwaukee, Wisconsin, and Mr. Price is listed as a witness.

The court **ORDERS** that the Warden of Racine Correctional Institution in Sturtevant, Wisconsin produce **Moses Price, Jr. (Inmate Number 157605)** and transport him to testify on June 19, 2019 at 8:30 AM, and continuing until he has completed his testimony in this case, in Courtroom 222, U.S. Courthouse and Federal Building, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin, 53202.

The court **ORDERS** that a writ of *habeas corpus ad testificandum* is issued to the Warden of Racine Correctional Institution in Sturtevant, Wisconsin to produce **Moses Price, Jr.** to be transported to the U.S. Courthouse, Courtroom 222, at 8:30 a.m. on June 19, 2019.

Dated in Milwaukee, Wisconsin this 6th day of June, 2019.

                                              **BY THE COURT:**

                                              _____
                                              HON. PAMELA PEPPER
                                              **United States District Judge**