UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROBERT LEE STINSON,

        Plaintiff,

v.                                                 Case No. 09-cv-1033-pp

CITY OF MILWAUKEE, *et al.*,

        Defendants.

---

**WRIT OF *HABEAS CORPUS AD TESTIFICANDUM***

---

TO:     **Warden Paul Kemper**
          **Racine Correctional Institution**
          **2019 Wisconsin St.**
          **Sturtevant, WI 53177-1829**

      The court **ORDERS** that you have the body of

**Moses Price, Jr., Inmate Number 157605**,

now detained at Racine Correctional Institution in Sturtevant, Wisconsin, and in your custody, transported under safe and secure conduct to Courtroom 222, U.S. Courthouse and Federal Building, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin on June 19, 2019 at 8:30 AM for a testimony at a trial in the above-captioned case.

      The court **ORDERS** that you, at the completion of Mr. Price's testimony, return the prisoner to Wisconsin Secure Program Facility under safe and secure conduct.

1

Approved by the Honorable Pamela Pepper, U.S. District Judge for the Eastern District of Wisconsin, on this 6th day of June, 2019.

_____
**HON. PAMELA PEPPER**
**United States District Judge**

                STEPHEN C. DRIES
                Clerk of Court

By:   *s/ Cary Biskupic*_____
       Deputy Clerk