UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBERT LEE STINSON,

    Plaintiff,

v.                                              Case No. 09-cv-1033-pp

JAMES GAUGER, *et al.*,

    Defendants

## ORDER RULING ON OBJECTIONS TO DEPOSITION DESIGNATIONS OF JODY LLOYD (DKT. NO. 325)

| Page Number of Designation | Objection | Ruling |
|---|---|---|
| *Plaintiff's Designations* | *Defendants' Objections* | |
| 9:9-11 | Rules 401, 402, 403 | Sustained |
| 15: 14-17 | 601 | Sustained—lines **13-17** should be excluded |
| 21: 8-25 | 401, 402, 403, 404 | Sustained—Rule 404 |
| 23:21-24:5 | 401, 402, 403, 404 | Sustained—Rule 404 |
| | | |
| *Defendants' Designations* | *Plaintiff's Objections* | |
| 33:13-18 | Rules 401, 402, 802 | Overruled. |
| 40:25-41:9 | Rules 401, 402, 403, 602, 609, Plaintiff's MIL No. 8 | Sustained. |
| 43:15-44:1 | 401, 402, 802, Form | Overruled as to 43:15-23. Sustained as to 43:24-25, 44-1—irrelevant. |
| 44:6-7, 10 | 401, 402, 802, Form, Completeness | Sustained—lines 6-17 and 21-22 should be stricken as irrelevant. |
| 47:6-7 | Question without an answer; completeness | Overruled. |
| 47:23-48-6 | Rules 401, 402, 702, form | Sustained—irrelevant. |

| | | |
|---|---|---|
| 49:13-20 | Rules 401, 402, 802, form | Overruled. |
| 49:23 | Rules 401, 402, 802, form | Overruled. |
| 50:2-12 | Form | Overruled. |
| 50:14-21 | Rules 401, 402, 802, Form, Improper impeachment | Sustained—irrelevant. |
| 51:2-6 | Rules 401, 402, 802, Form | Overruled. |
| 51:22-52:2 | Rules 401, 402, 802, Form | Overruled. |
| 53:3-5 | Rules 401, 402, 802, Form | Overruled. |
| 53:12-14 | Rules 401, 402, 802, Form | Overruled. |
| *Plaintiff's Counter Designations* | | |
| 44:8-9 | | Unnecessary. |
| 47:8-11 | | Allowed. |
| 52:19-22 | | Allowed. |
| 85:17-21 | | Allowed. |

Dated in Milwaukee, Wisconsin this 19th day of June, 2019.

                                        **BY THE COURT:**

                                        *[signature]*

                                        **HON. PAMELA PEPPER**
                                        **United States District Judge**