UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBERT LEE STINSON,

    Plaintiff,

v.                                     Case No. 09-cv-1033-pp

JAMES GAUGER *et al.*,

    Defendants.

**ORDER RULING ON PLAINTIFF'S OBJECTIONS TO DEFENDANT JOHNSON'S DIRECT TESTIMONY VIDEO DEPOSITION (DKT. NO. 342) AND DEFENDANT'S OBJECTIONS TO CROSS (DKT. NO. 348)**

       The plaintiff makes a "global" objection to the entire direct examination as leading. Dkt. No. 342 at 1. He asks the court to strike the direct examination in its entirety. Id. at 2. The court agrees with the plaintiff that many of defense counsel's questions are leading in the classic sense, and many others are less than open-ended. Given the representations in the defendant's response (dkt. no. 347) and the representations defense counsel has made about the defendant's health issues throughout the twenty-one months the court has been assigned this case, the court **OVERRULES** that "global" objection and **DENIES** the plaintiff's motion to strike.

| **Designation** | **Objection** | **Ruling** |
|---|---|---|
| *Page/Line of Direct Exam* | *Plaintiff's Objections* | |
| 298:1-21 | Preserve plaintiff's objections to the use of Dr. Johnson's CV as hearsay per plaintiff's MIL no. 11 | Overruled. |
| 329:18-24 | Rule 611—improper leading on direct exam | Overruled. |
| 330:10-12 | Form "formal scientific opinion" | Overruled. |
| 331:6-10 | Fed. R. Evid. 611(c) –improper leading on direct exam, Form "formal scientific analysis" | Overruled. |

1

| | | |
|---|---|---|
| 339:9-16 | Rule 611(c)—improper leading on direct exam, Form "generally consistent" | Overruled. |
| 340:19-341:2 | Rule 611(c)—improper leading on direct exam | Overruled. |
| 347:19-24 | Rule 611(c)—improper leading on direct exam, Form | Overruled. |
| 348:4-10 | Rule 611(c)—improper leading on direct exam, Form | Overruled. |
| 348:13-18 | Rule 611(c)—improper leading on direct exam, Form, improper vouching for an expert | Overruled. |
| 348:19-24 | Rule 611(c)—improper leading on direct exam, Form, improper vouching for an expert | Overruled. |
| 349:1-19 | Rule 611(c)—improper leading on direct exam, Form, improper vouching for an expert | Overruled. |
| 352:2-12 | Rule 611(c)—improper leading on direct exam, Form, improper vouching for an expert | Overruled. |
| 354:1-15 | Rule 611(c)—improper leading on direct exam, Form, improper vouching for an expert | Overruled. |
| 355:22-25— 356:1-16 | Rule 611(c)—improper leading on direct exam, Form, MIL No. 1—bar Morgan Report | Overruled—no connection to the court's ruling barring the Morgan report. |
| 357:19-24 | Rule 611(c)—improper leading on direct exam, Form | Overruled. |
| 360:16-24 | Rule 611(c)—improper leading on direct exam | Overruled. |
| 361:19-25 (should be 19-24) | Rule 611(c)—improper leading on direct exam, Form | Overruled. |
| 362:6-10 | Rule 611(c)—improper leading on direct exam, Form | Overruled. |
| 362:23-25 – 363:1-12 | Rule 611(c)—improper leading on direct exam, Form | Overruled. |
| 363:21-25 | Form | Overruled. |

| | | |
|---|---|---|
| 364:1-8 | Rule 611(c)—improper leading on direct exam. Form | Overruled. |
| 369:8-14 | Form | Overruled. |
| 371:1-7 | Rule 611(c)—improper leading on direct exam, Form | Overruled. |
| 372:16-23 | Rule 611(c)—improper leading on direct exam, Form | Overruled. |
| 374:1-6 | Foundation | Overruled ("To your knowledge") |
| 374:19-23 | Rule 611(c)—improper leading on direct exam, Form | Overruled. |
| 375:1-11 | Rule 611(c)—improper leading on direct exam, Form | Overruled. |
| 377:3-8 | Rule 611(c)—improper leading on direct exam, Form | Overruled. |
| 378:1-25 | Rule 611(c)—improper leading on direct exam, Form | Overruled. |
| 379:1-4 | Rule 611(c)—improper leading on direct exam, Form | Overruled—no question to which the objection could refer. |
| 380:23-381:6 | Rule 611(c)—improper leading on direct exam, Form, MIL No. 1—Bar Morgan Report | Sustained. |
| 383:20-384:3 | Rule 611(c)—improper leading on direct exam, Form | Overruled. |
| 388:4-9 | Rule 611(c)—improper leading on direct exam, Form | Overruled. |
| 389:13-18 | Rule 611(c)—improper leading on direct exam, Leading, and Foundation | Overruled. |
| 389:19-25 | Rule 611(c)—improper leading on direct exam, Leading | Sustained. |
| 390:22-391:3 | Rule 611(c)—improper leading on direct exam, Leading, and Foundation | Overrule. |
| 391:7-14 | MIL No. 2, Daubert Order Dkt. No. 287 | Sustained. |
| 391:23-392:3 | Form, Rule 611(c)—improper leading on direct exam | Overruled. |
| 393:3-394:1 | Form, Foundation, Rule 611(c)—improper leading on direct exam, MIL No. 2, Daubert Order Dkt. No. 287 | Overruled. |

3

| | | |
|---|---|---|
| 396:25-397:15 | Rule 611—improper leading on direct exam, Foundation, Daubert Order Dkt. No. 287—bar opinion on role of cross examination and bar Morgan Report; MIL No. 1 | Sustained as to 396:25-397:4—strike.<br><br>Overruled as to 397:7-15. |
| 397:23-398:1 | Form, Foundation, Daubert Order Dkt. No. 287, bar opinion on role of cross examination and bar Morgan Report; MIL No. 1 | Overrule—397:23-25 already stricken, 398:1 allowed. |
| 398:3-8 | Form, Rule 611(c)—improper leading on direct exam | Overruled. |
| 399:6-12 | Form, Rule 611(c)—improper leading on direct exam | Overruled. |
| 399:13-18 | Form, Rule 611(c)—improper leading on direct exam, MIL No. 1 | Sustained—strike 399:13-18, as well as 19-25. |
| 400:1-11 | MIL No. 1, FRE 801 | Overrule—nothing but a statement that counsel is handing the witness a document. |
| 400:22-402:23 | MIL No. 1 | Overrule as to 400:22-401:22.<br><br>Overrule as moot as to 401:23-25, 402:1-3—already stricken.<br><br>Sustain as to 402:5-24—strike.<br><br>The court will not admit Exhibit 289—hearsay. |
| 403:1-404:12 | MIL No. 1 | Sustained—strike. |
| 405:2-7 | Form, Foundation, Rule 611(c)—improper leading on direct exam | Overruled. |
| 406:9-12 | Form | Overruled. |
| 406:22-25 | Form | Overruled. |
| 413:3-9 | MIL No. 1 | SUSTAINED—strike. |
| 414:6-11 | Rule 611(c)—improper leading on direct exam | Overruled. |
| 415:20-416:3 | Form | Overruled. |

4

| | | |
|---|---|---|
| 416:18-24 | Rule 611(c)—improper leading on direct exam, Form | Overruled. |
| 416:25-417:11 | Foundation | Overruled. |
| 418:19-24 | Form, Rule 611(c)—improper leading on direct exam | Overruled as to 418:19-23.<br><br>Overruled as moot as to 418:24—already stricken. |
| 419:1-11 | Rule 611(c)—improper leading on direct exam, | Overruled. |
| 420:12-22 | Rule 611(c)—improper leading on direct exam | Overruled. |
| 424:1-425:2 | Foundation, Dkt. No. 287—improper testimony as to the qualifications of an expert | Overruled. |
| 425:3-10 | Foundation; Dkt. No. 287—improper testimony on the qualifications of an expert | Overruled. |
| 426:17-24 | Form, Foundation | Overruled. |
| 426:25-427:5 | Form | Overruled. |
| 428:14-19 | Rule of Completeness, FRE 106 | Sustained—do not strike. |
| 428:25-429:4 | Rule 611(c)—improper leading on direct exam | Overruled. |
| 430:10-15 | Rule 611(c)—improper leading on direct exam, Form | Overruled. |
| 430:17(should be 16)-22 | Rule 611(c)—improper leading on direct exam, Form | Overruled. |
| 430:23-431:25 | Foundation, Form, Rule 611(c)—improper leading on direct exam, Dkt. No. 287—barring testimony on state of mind, MIL No. 3 | Overruled. |
| 431:14-19 | Form, Foundation, Rule 611(c)—improper leading on direct exam | Overruled. |
| 431:20-432:4 | Form, Rule 611(c)—improper leading on direct exam | Overruled. |
| 432:5-14 | Form, Foundation | Overruled. |
| 432:17-433:1 | Form, Foundation | Overruled. |
| 433:2-12 | Form, Foundation, MIL No. 1 – Morgan Report; Dkt. No. 287 | Sustained as to 297 (no relation to Morgan report)—strike. |

| 433: 16-25 | Dkt. No. 287; MIL No. 2—improper state of mind | SUSTAINED—strike. |
| --- | --- | --- |
| *Page/Line of Cross Exam* | *Defendant's Objections* | |
| 436:22-23 | Mischaracterizes Dr. Johnson's prior testimony; no prior testimony that Dr. Johnson had his work product overlays continuously in his possession for 20 years beginning in January of 1990. | Sustained as to lines 20-21, starting with "and you had them for two decades." |
| 438:18-20 | Foundation: No evidence that Dr. Johnson had continuous possession of all his work product from 1985. | Overruled. |
| 441:5-8 | Foundation: Exhibit 203, p. 520 is not Dr. Johnson's document. | Overruled. |
| 442:9-12 | Mischaracterizes testimony; Dr. Johnson never testified that he evaluated suspects for Gauger and Jackelen. | Sustained—witness never answered the question. Strike 442:9-15. |
| 442:21-22 | Mischaracterizes testimony; Dr. Johnson never testified that he evaluated suspects or photographs for Detectives Gauger and Jackelen. | Overruled. |
| 449:21 | Relevance. | Overruled. |

Dated in Milwaukee, Wisconsin, this 21st day of June, 2019.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**

6

Case 2:09-cv-01033-PP   Filed 06/21/19   Page 6 of 6   Document 353