UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBERT LEE STINSON,

        Plaintiff,

   v.                           Case No. 09-cv-1033-pp

JAMES GAUGER, *et al.,*

        Defendants.

**ORDER RULING ON OBJECTIONS TO DEPOSITION DESIGNATIONS OF DR. GREGORY GOLDEN (DKT. NO. 350, 351)**

| Page Number of Designation | Objection | Ruling |
|---|---|---|
| *Plaintiff's Designations* | *Defendants' Objections* | |
| 62:13-23 | Duplicative, repetitive of Senn, if plaintiff does not call Senn, no objection | Overruled. |
| 115:23-116:20 | Duplicative, repetitive of Senn, if plaintiff does not call Senn, no objection | Overruled. |
| 119:2-19 | Duplicative and repetitive of Senn, Johnson MIL #15 Dkt. No. 226; Dkt. No. 197 MIL #2, Rules 401, 402, 403 | Sustained—strike 119:2-19. |
| 121:2 | Objection to first sentence only "Well, it certainly was not routine"—Johnson MIL #15, dkt. no. 226;  Dkt. No. 196 MIL #2; Rules 401, 402, 403 | Overruled. |
| 121:15 | Objection beginning from line 15 at ". . . but it's defeating . . . ." – Johnson MIL #15, Dkt. no. 226; Dkt. no. 197 MIL #2, Rules 401, 402, 403 | Overruled. |
| 122:8-123:9 | Dkt. No. 226 at #15; Dkt. no. 197 #2; Rules 401, 402, 403 | Overruled. |

| | | |
|---|---|---|
| 126:11-25 | Dkt. no. 226 at #13, #15; Dkt. no. 197 #2; 401, 402, 403 | Sustained. |
| 127:12-128:5 | Dkt. no. 226 at #15, Dkt. no. 197, #2, Rules 401, 402, 403 | Sustained as to 127:12-16.<br><br>Overruled as to 127:17-128:5. |
| 142:20-143:4 | Rules 401, 402, 403 | Sustained. |
| 164:16-166:11 | Objection beginning from line 16 at "But what they . . ." Rule 401, 402, 403, 602; Dkt. No. 226 at #15, Dkt. no. 197 at #2. | Overruled. |
| 164:16 (starting with "But what they"- 166:11 | Rules 401, 402, 403, 602, Dkt. No. 226 at #15, Dkt. no. 197 at #2, | Duplicate of the previous objection—overruled. |
| 194:5-8 | Duplicative and repetitive of Senn, if not calling Senn, we'd agree to this questioning | Overruled. |
| 194:25-195:10 | Duplicative and repetitive of Senn, if not calling Senn, we'd agree to this questioning | Overruled. |
| 200:17-202:12 | Duplicative and repetitive of Senn, Dkt. No. 226 at #15, Dkt. no. 197 at #2; Rules 401, 402, 403 | Sustained. |
| 207:10-209:3 | Dkt. No. 226 at #13, #15; Dkt. no. 197 at #2 (I, III) p. 3, 18 | Overruled. |
| 210:18-25 | Duplicative and repetitive of Senn, Dkt. No. 226 at #13, #15; Dkt. no. 197 at #2 (I, III) p. 3, 18 | Sustained. |
| 212:17-213:2 | Duplicative and repetitive of Senn, Dkt. No. 226 at #13, #15; Dkt. no. 197 at #2 (I, III) p. 3, 18 | Overruled. |
| 213:8-12 | Duplicative and repetitive of Senn, Dkt. No. 226 at #13, #15; Dkt. no. 197 at #2 (I, III) p. 3, 18 | Sustained—cumulative. |
| 214:3-9 | Duplicative and repetitive of Senn, Dkt. No. 226 at #13, #15; Dkt. no. 197 at #2 (I, III) p. 3, 18 | Overruled. |

| | | |
|---|---|---|
| 215:12-217:8 | Duplicative and repetitive of Senn, Dkt. No. 226 at #13, #15; Dkt. no. 197 at #2 (I, III) p. 3, 18; Rules 401, 402, 403, 602 | Sustained as to all but 216:1-3, starting with "it was not acceptable." |
| 221:10—222:5 | Duplicative and repetitive of Senn, if not calling Senn, we'd agree to this questioning | Overruled. |
| 222:15—223:5 | Duplicative and repetitive of Senn, if not calling Senn we'd agree to this questioning | Overruled. |
| 226:22—227:7 | Duplicative and repetitive of Senn, Dkt. No. 226 at #13, #15; Dkt. no. 197 at #2 (I, III) p. 3, 18; Rules 401, 402, 403, 602 | Sustained. |
| 229:13—230:14 | Duplicative and repetitive of Senn, Dkt. No. 226 at #13, #15; Dkt. no. 197 at #2 (I, III) p. 3, 18; Rules 401, 402, 403 | Overruled. |
| 231:7—231:19 | Duplicative and repetitive of Senn; Dkt. No. 226 at #13, #15; Dkt. no. 197 at #2 (I, III) p. 3, 18; Rules 401, 402, 403 | Sustained—duplicative of Senn and Brummit. |
| 232:16—233:12 | Duplicative and repetitive of Senn, Dkt. No. 226 at #13, #15; Dkt. no. 197 at #2 (I, III) p. 3, 18; Rules 401, 402, 403 | Sustained—duplicative of Senn and Brummit. |
| 233:21—238:3 | Duplicative and repetitive of Senn, Dkt. No. 226 at #13, #15; Dkt. no. 197 at #2 (I, III) p. 3, 18; Rules 401, 402, 403 | Overruled as to 233:21-25 and 234:1-235:3.<br><br>Overruled as to 235:4, *but* strike the words "and Morgan."<br><br>Overruled as to 235:5-236:1.<br><br>Sustained as to 236:2-237:5.<br><br>Overruled as to 237:6-238:3. |

| | | |
|---|---|---|
| 243:4—244:16 | Duplicative and repetitive of Senn, Dkt. No. 226 at #13, #15; Dkt. no. 197 at #2 (I, III) p. 3, 18; Rules 401, 402, 403 | Sustained. |
| 245:8—245:21 | Duplicative and repetitive of Senn, Dkt. No. 226 at #13, #15; Dkt. no. 197 at #2 (I, III) p. 3, 18; Rules 401, 402, 403 | Overruled as to 245:8-17.<br><br>Sustained as to 245:18-21. |
| 255:24—256.10 | Duplicative and repetitive of Senn, if not calling Senn we'd agree to this questioning. | Overruled. |
| *Defendants' Designations* | *Plaintiff's Objections* | |
| 28:18-29:4 | Rules 602, 401, 402, 403, and 702 | Sustained. |
| 31:16-24 | Plaintiff's MIL #5—ABFO ethical violation is bared; Rules 401, 402, 403 | Sustained. |
| 44:19-45:7 | Dkt. no. 287—Daubert ruling excluding expert testimony on cross-examination; Dkt. No. 215; Rules 401, 402, 403 | Overruled. |
| 46:15-47:15 | Dkt. No. 214—bar development in bite mark science/unfair to judge by today's standards; Rules 401, 402, 403, 702 | Overruled. |
| 56:17-57:6 | Rules 401, 402, 403 and 602 | Overruled. |
| 58:3-9 | Rules 401, 402, 403 | Overruled. |
| 72:3-73:15 | Dkt. No. 282; Dkt. No. 215—bar state of mind testimony; Rules 602, 401, 402, 403 | Overruled as irrelevant. |
| 82:4-83:15 | Cumulative | Overruled as to 82:4-10.<br><br>Sustained on relevance grounds as to 82:11-83:15. |
| 83:12-15 | Dkt. No. 287; Dkt. No. 214—bar changes in bite mark science/unfair to judge by today's standards; Rules 401, 402, and 403 | Duplicative—already sustained in previous ruling. |

| | | |
|---|---|---|
| 83:21-84:20 | Dkt. No. 287; Dkt. No. 214—bar changes in bite mark science/unfair to judge by today's standards; Rules 401, 402, 403 | Overruled. |
| 84:22-85:19 | Dkt. No. 287; Dkt. No. 214—bar changes in bite mark science/unfair to judge by today's standards; Rules 401, 402, 403 | Sustained—can't tell timeframe. |
| 87:9-15 | Rules 401, 402, and 403 | Overruled. |
| 128:6-10 | Dkt. No. 287—Daubert ruling barring Morgan report; Dkt. no. 213; Rules 401, 402, & 403 | Sustained. |
| 135:5-136:4 | Dkt. No. 287; Dkt. No. 214—bar changes in bite mark science/unfair to judge by today's standards; Rules 401, 402, 403 | Overruled as to 135:5-19.<br><br>Sustained as to 135:20-136:4. |
| 140:2-10 | Dkt. No. 213; Rules 602, 401, 402, 403 | Sustained as to 140:2-5.<br><br>140:6-10 does not appear to be designated. If it had been, the court would require it to be stricken. |
| 144:20-24 | Object rule of completeness. Needs counter designation | Overruled. |
| 146:23 –147:9 | Dkt. No. 287; Dkt. No. 217; Rules 401, 402, 403 | Sustained. |
| 150:25—151:15 | Dkt. No. 287; Dkt. No. 214—bar changes in bite mark science/unfair to judge by today's standards; Rules 401, 402, 403 | Sustained. |
| 152:15—152:22 | Dkt. No. 287; Dkt. No. 214—bar changes in bite mark science/unfair to judge by today's standards; Rules 401, 402, 403 | Sustained. |
| 153:22-25 | Rules 602, 401, 402, 403 | Sustained. |

| | | |
|---|---|---|
| 154:10-24 | Dkt. No. 287; Dkt. No. 214—bar changes in bite mark science/unfair to judge by today's standards; Rules 401, 402, 403 | Sustained. |
| 155:25-156:4 | Dkt. No. 287; Dkt. No. 214—bar changes in bite mark science/unfair to judge by today's standards; Rules 401, 402, 403 | Overruled. |
| 156:7-18 | Dkt. No. 287; Dkt. No. 214—bar changes in bite mark science/unfair to judge by today's standards; Rules 401, 402, 403 | Overruled as to 156:7-11.<br><br>Sustained as to 156:12-18. |
| 192:17-193:19 | Relevance. Cumulative. MIL. | Overruled as to 192:17-193:6.<br><br>Sustained as to 193:7-19. |
| 256:22-257:12 | Rules 401, 402, & 403 | Sustained. |
| 262:13-263:20 | Rule 403 | Sustained. |
| 263:22-264:1 | Rule 403 | Overruled. |
| 264:13-265:14 | Dkt. No. 287; Dkt. No. 214—bar changes in bite mark science/unfair to judge by today's standards; Rules 401, 402, 403 | Sustained. |
| *Plaintiff's Counter Designations* | | |
| 28:6-17 | No objection | |
| 46:6-14 | No objection | |
| 58:10-14 | No objection | |
| 58:17-23 | No objection | |
| 59:11-60:24 | No objection | |
| 87:16-18 | No objection | |
| 144:3-19 | No objection | |
| *Defendants' Counter Designations* | *Plaintiff's Objections* | |
| 24:12-14 | Dkt. No. 287; Dkt. No. 214; Changes in bite mark science barred; Rules 401, 402 & 403 | Sustained—irrelevant. |

| | | |
|---|---|---|
| 24:20-25:2 | Dkt. No. 287; Dkt. No. 214; Changes in bite mark science barred; Rules 401, 402 & 403 | Sustained. |
| 26:18-24 | No objection | |
| 28:1-6 | Incomplete Rule of completeness require Plaintiff's counter designation, 28:6-17 | Sustained—do not strike but include 28:6-17. |
| 65:6-9 | No objection | |
| 66:10-15 | No objection | |
| 116:21-23 | No objection | |
| 209:4-9 | Dkt. No. 287 & Plaintiff's MIL #2—changes to bite mark science; Dkt. No. 226 | Sustained. |
| 213:3-6 | No objection | |
| 214:13-16 | No objection | |
| 214:19-215:11 | No objection | |
| 221:6-9 | No objection | |
| 222:6-12 | No objection | |
| 228:18-229:6 | Rule of completeness. Requires counter designation of 229:7-12 | Sustained—do not strike but add 229:7-12. |
| 230:15-20 | Rules 602; Rules 401, 402 & 403 | Sustained. |
| 245:22-25 | No objection | |
| 246:4 | No objection | |
| 246:10-12 | No objection | |

Dated in Milwaukee, Wisconsin this 24th day of June, 2019.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**